| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>SILVER, ROSLYN O | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Dist. Ct. Judge - Active | 5. Report Type (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Sandra Day O'Connor U.S. Crths<br><br>401 W. Washington SPC 59<br><br>Phoenix, AZ 85003-2158 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE    2004 MAY 17 A 10: 42    RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SILVER, ROSLYN O | 5/10/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Incom**

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 1/15/03 | The Rutter Group - Editing | $1,500.00 |
| 2. | | | |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| SILVER, ROSLYN O | 5/10/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VL LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Capital One changed to Bank One on or about 10/03 | Credit Card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| SILVER, ROSLYN O | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Brokerage Account # 1 | | | | | | | | | |
| 2. ML Ready Asset Trust X | A | Dividend | J | T | | | | | |
| 3. Salt River Proj AZ Ag., Irrp-Pwr Elec. RV RF C OID Oct 93 5% | A | Interest | J | T | | | | | |
| 4. Cocomino Co AZ Cnnty Coll Dist A OID MBIA Jan 99 4.5% | B | Interest | K | T | | | | | |
| 5. MFS Intl. New Discovery Fund Class B | A | Dividend | J | T | | | | | |
| 6. Brokerage Account # 2 | | | | | | | | | |
| 7. BankAmerica Cap IV Def Int Tr Orig PFD Secs 7% March 2028 | A | Interest | | | Redemption | 5/30 | J | A | |
| 8. ML Bank Deposit Program X | A | Interest | J | T | | | | | |
| 9. Citigroup Inc Stock ☉ | A | Dividend | J | T | | | | | |
| 10. Pfizer Inc (PFE) (formerly known as Pharmacia Corp Stock) | A | Dividend | J | T | | | | | See Note in Part VIII |
| 11. Royal Bank of Scotland PFD 9.5% | A | Dividend | | | Redemption | 1/30 | J | | |
| 12. Royal Dutch Pete | A | Dividend | J | T | | | | | |
| 13. MFS Core Growth Fund Class B | | None | | | Sell | 3/06 | J | | See Note in Part VIII |
| 14. MFS International New Discovery Fund Class B | | None | | | Sell | 3/06 | J | | See Note in Part VIII |
| 15. MFS High Yield Opp Fund Class B | A | Dividend | J | T | Buy | 3/06 | J | | |
| 16. Pimco PEA Value Fund Class B | | None | | | Sell | 3/06 | J | | See Note in Part VIII |
| 17. Pimco Total Return Fund Class B | A | Dividend | J | T | Buy | 3/06 | J | | |
| 18. NM Ford Motor Cdt Co CLD 22 Jan 08 6.35% | A | Interest | J | T | Buy | 1/24 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

   P = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| SILVER, ROSLYN O | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Coconino Cnty AZ Cmnty College Dist A OID MBIA 4.5% | A | Interest | K | T | | | | | |
| 20. Wscottsdale AZ Projs 1999 & 2000 4.90% | B | Interest | K | T | | | | | |
| 21. Brokerage Account # 3 | | | | | | | | | |
| 22. ML Bank USA RASP | A | Dividend | J | T | | | | | |
| 23. NM Household Fin Corp BE 15March12 7.10% | A | Interest | J | T | | | | | |
| 24. NM Household Fin Corp BE 15Sep12 7.4% | A | Interest | J | T | | | | | |
| 25. NM Household Fin Corp BE 15May 17 7.35% | A | Interest | J | T | | | | | |
| 26. MFS Core Growth Fund Class B | | None | | | Sell | 03/05 | J | | See Notes in Part VIII |
| 27. MFS Strategic Value Fund Class B | | None | | | Sell | 03/05 | J | | See Notes in Part VIII |
| 28. Oppenheimer Developing Markets Fund Class B | | None | | | Sell | 03/05 | J | | See Notes in Part VIII |
| 29. Pimco PEA Value Fund Class B | | None | | | Sell | 03/05 | J | | See Notes in Part VIII |
| 30. Brokerage Account # 4 | | | | | | | | | See Notes in Part VIII |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| | | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SILVER, ROSLYN O | 5/10/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1. Part III (B) - No disclosure required with respect to a spouse living separate and apart with the intention of terminating the marriage. Section 102(e)(2)

1. Part VII, line 10 - Pharmacia Corporation merged with Pilsner Acquisition Sub Corp., a wholly -owned subsidiary of Pfizer Inc.

2. Part VII, lines 13-14, 16, 26-29 - Transaction resulted in a loss

3. Part VII, line 30 - Asset information with respect to a spouse living separate and apart with the intention of terminating the marriage and therefore exempt from disclosure.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign_____     Date _May 10, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544